partment. October 21, 1914.) Action by Benjamin E. Franklin against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

FRESUSK, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Charles Fresusk against the Pittsburgh Contracting Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See, also, 148 N. Y. Supp. 1116.

FRIEDLEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Mary E. Friedley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

FUHRMANN, Respondent, v. NIAGARA GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Jacob Fuhrmann against the Niagara Gypsum Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 148 N. Y. Supp. 1116.

GABRIEL, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Harry W. Gabriel against Clinton Graham. T. T. Lane, of New York City, for appellant. E. S. Greenbaum, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

GAFFEY et al., Appellants, v. TOWN OF NEWFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Albert Gaffey and another against the Town of Newfield. No opinion. Motion denied. See, also, 163 App. Div. 66, 148 N. Y. Supp. 772.

GALE, Appellant, v. CORTLAND COUNTY TRACTION CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Cora D. Gale, as administratrix, etc., of Harray A. Gale, deceased, against the Cortland County Traction Company and another. No opinion. Judgment unanimously affirmed, with costs.

GALINA, Respondent, v. McGOVERN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Maria Galina, as administratrix, against Patrick McGovern and another. C. J. Heermance, of New York City, for appellants. H. A. Callan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

GALLAGHER, Respondent, v. VAN BOSKERCK, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Loretta I. Gallagher against Elizabeth Van Boskerck. A. I. Elkus, of New York City, for appellant. E. A. Smith, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

GARDNER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Joseph Gardner against Joseph O'Brien. No opinion. Judgment and order affirmed, with costs.

GAVAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by James Gavan, as administrator, against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

GEBELEIN, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Mary Gebelein against the City of New York, impleaded. T. Farley, of New York City, for appellant. J. B. White, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEBER v. JOHN WANAMAKER, NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Joseph B. Geber against John Wanamaker, New York. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

GEORGE v. JOHNSON et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Mary E. George, individually and as executrix, etc., against Margaret J. Johnson, individually and as administratrix, etc. No opinion. Motion to dismiss appeal granted, without costs, on authority of Platz v. City of Cohoes, 8 Abb. N. C. 393.